934 N.E.2d 1006 (2010)
PEOPLE State of Illinois, respondent,
v.
Lorell JOHNSON, petitioner.
No. 108514.
Supreme Court of Illinois.
September 29, 2010.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, First District is directed to vacate its judgment in People v. Johnson, 389 Ill.App.3d 618, 329 Ill.Dec. 225, 906 N.E.2d 70 (2009). The appellate court is directed to reconsider its judgment in light of People v. Williams, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (2010), to determine if a different result is warranted.